# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR14-609-CAS | | Date | March 30, 2016 |
|---|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Catherine M. Jeang | Pat Cuneo | Katharine Schonbachler David Bybee, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CHUNG YU YEUNG | X | | X | ASAL AKHONDZADEH, DFPD | X | X | |

**Proceedings:**     STATUS CONFERENCE/CHANGE OF PLEA

Hearing held and counsel are present.  The Court confers with counsel and defendant moves to change his plea to Counts 1, 2, 3, 4 and 5 of the Indictment, states that his true name is as charged and is sworn.

The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.  Defendant now enters a new and different plea of GUILTY to Counts 1, 2, 3, 4 and 5 of the Indictment.  The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to **June 20, 2016**, at **2:30 p.m.** for sentencing.

Defendant is ordered to be present at the June 20, 2016, at 2:30 p.m. sentencing, unless advised otherwise by his attorney of record.

The Court orders the Status Conference/Jury Trial VACATED as to this defendant.

Counsel will file a Joint Status Report re: Criminal Forfeiture no later than May 27, 2016.  Counsel to include clarification of defendant's plea to the counts in the Indictment, as stated in Court and on the record.

|  | 00 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc:  U.S. Probation Office
     U.S. Pretrial Services